UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCO A. MICHALSKI, | : | NO.: 3:15-cv-00571 (VAB) |
|    Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| CORRECTIONAL MANAGED | : | |
| HEALTH CARE; | : | |
| DR. PETER IMMORDINO; | : | |
| CYNTHIA L'HEUREUX; | : | |
| JANINE AUGUSTO; | : | |
| STEVEN SWAN; | : | |
| YVONNE MARCEAU; | : | |
| DR. FRANKLIN GILLIG; | : | |
| MARY MARTO; | : | |
| DR. RICARDO RUIZ; | : | |
| DR. AUGUSTUS D. MAZZOCCA; | : | |
| DR. JOHN D. ROSS; | : | |
| NURSE JANE DOE 1; | : | |
| NURSE JANE DOE 2; and | : | |
| NURSE "SANDEE" | : | |
| | : | |
|    Defendants | : | APRIL 6, 2018 |

## MOTION FOR LEAVE TO AMEND

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, the Plaintiff, through counsel, hereby moves the Court to permit the Plaintiff to file the attached Second Amended Complaint.

Because this Second Amended Complaint is consistent with all of the Court's prior rulings in this action, the Defendants will not suffer any prejudice from the sought amendment. Pursuant to Local Rule 7(f), the Plaintiff hereby states that despite reasonable efforts, the Plaintiff cannot ascertain the position of the Defendants regarding the sought amendment.

**THE PLAINTIFF,**
**MARCO A. MICHALSKI**

By:＿＿/s/＿＿＿＿＿＿＿＿＿＿＿＿
Joseph D. Szerejko, Esq.(ct30160)
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT  06604
T:  (203) 337-4175
F:  (203) 337-5575
E-mail: jszerejko@cohenandwolf.com

## **CERTIFICATION**

      I hereby certify that on this date, a copy of foregoing MOTION FOR LEAVE TO AMEND COMPLAINT was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by U.S. Mail to as indicate on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                   /s/ ct30160
                                      Joseph D. Szerejko